### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NICOLE MAISTO | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| v. | : DOCKET NO.: 22-18 |
| | : |
| TJX COMPANIES, INC., d/b/a HOMESENSE, et al. | : |
| | : |
| Defendant. | : |

### STIPULATION AND CONSENT MOTION TO STAY PROCEEDINGS

Plaintiff, Nicole Maisto ("Plaintiff"), and Defendants, TJX Companies, Inc. and Home Goods, Inc. ("Defendants"), by and through their undersigned counsel, hereby STIPULATE AND AGREE:

1. Plaintiff's claims against Defendants should be commenced as binding arbitration before the American Arbitration Association AAA, raising substantially the same allegations as the Complaint in this action and any defenses or counterclaims raised by Defendants in the arbitration.

2. Pursuant to 9 U.S.C. § 3, Plaintiff's claims against Defendants shall be stayed during arbitration proceedings. *See Lloyd v. HOVENSA, LLC*., 369 F.3d 263, 269 (3d Cir. 2004).

3. For statute of limitations purposes, the filing date of the Complaint in this action will be treated as the filing date of the arbitration.

4. Plaintiff and Defendants have consented to the use of electronic signatures on this Stipulation.

WHEREFORE, Plaintiff and Defendants respectfully request that this Court grant the instant motion and stay the judicial proceedings between Plaintiff and Defendants to allow for the arbitration of those claims.

Respectfully Submitted:

| By: */s/ Timothy S. Seiler*_____ | By: __/s/_____ |
|---|---|
| Timothy S. Seiler, Esq. | William J. Simmons |
| Karpf, Karpf & Cerutti | Lisa A. Schreter (pro hac vice) |
| 3331 Street Road | Richard W. Black (pro hac vice) |
| Two Greenwood Sq., Suite 128 | LITTLER MENDELSON, P.C. |
| Bensalem, Pa. 19020 | *Attorneys for Defendants*, |
| Tel: (215) 639-4970 | The TJX Companies, Inc. and |
| *Attorney for Plaintiff* | HomeGoods, Inc. |
| | |
| Dated: April 14, 2022 | Dated:  April 14, 2022 |

The foregoing stipulation is hereby approved by ORDER of the Court this ____ day of _____, 2022

_____
The Honorable Rukhsanah L. Singh